1  BILL LOCKYER
   Attorney General of the State of California
2  MARY JO GRAVES
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  GLENN R. PRUDEN, State Bar No. 195089
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5959
    Fax:  (415) 703-1234
8   Email:  Glenn.Pruden@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ALFRED VILLA,**<br><br>                    Petitioner,<br><br>    v.<br><br>**MICHAEL KNOWLES, Warden,**<br><br>                    Respondent. | C 03-04766 JW<br><br>**STIPULATION AND ORDER REGARDING CONTINUING ORAL ARGUMENT**<br><br>Hearing:    Dec. 1, 2006<br>Time:        9:00 a.m.<br>Courtroom:<br>Judge:       The Honorable<br>                  James Ware |

Upon agreement of petitioner, through his counsel of record, William M. Robinson, Staff Attorney, Sixth District Appellate Project, the request of respondent, through the Office of the Attorney General of California, and good cause appearing, it is hereby agreed that the oral argument on petitioner's Ex Post Facto Clause claim currently set for 9:00 a.m., Friday, 17 November 2006, be continued to 9:00 a.m., Friday, 1 December 2006.

This request is made because respondent's counsel is already scheduled to participate in a federal habeas corpus evidentiary hearing before the Honorable William H. Alsup, in *Parker v. Tilton,* N.D. Cal. No. C 00-04064 WHA, on 17 November 2006.

1  IT IS SO STIPULATED.

2  Dated: _____

3                              /s/ Glenn R. Pruden
                               GLENN R. PRUDEN
4                              Deputy Attorney General
                               Attorney for Respondent
5                              MICHAEL KNOWLES, Warden

6

7

8  Dated: _____

                               /s/ William M. Robinson
9                              WILLIAM M. ROBINSON
                               Staff Attorney
10                             Sixth District Appellate Project
                               Attorney for Petitioner
11                             ALFRED VILLA

20057997.wpd
12 SF2006401326

---

Stipulation And Order Regarding Continuing Oral Argument        Alfred Villa v. Michael Knowles, Warden
                                                                                      C 03-04766 JW

2

**ORDER**

**GOOD CAUSE APPEARING**, the oral argument on petitioner's Ex Post Facto Clause claim previously scheduled for 9:00 a.m., 17 November 2006, is continued until 9:00 a.m., 1 December 2006.

IT IS SO ORDERED.

DATED:  September 7, , 2006.

_____
JAMES WARE
United States District Judge