**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Alfred Villa, | NO. C 03-04766 JW |
| Petitioner, | **ORDER CONTINUING ORAL ARGUMENT** |
| v. | |
| Michael Knowles, Warden | |
| Respondent. | |

On the Court's own motion, the hearing on Petitioner's Ex Post Facto Clause claim currently set for December 1, 2006 at 9 AM is continued to **January 22, 2006 at 9 A.M.** The parties shall submit Chamber's copies of the motion papers along with any exhibits no later than January 8, 2006.

Dated: November 16, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Glenn R. Pruden glenn.pruden@doj.ca.gov
John H. Deist John.Deist@doj.ca.gov
William M. Robinson bill@sdap.org

**Dated: November 16, 2006**              **Richard W. Wieking, Clerk**

                                             **By:  /s/ JW Chambers**
                                                      **Elizabeth Garcia**
                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California