**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Alfred Villa, | NO. C 03-04766 JW |
|        Petitioner, | **SECOND ORDER CONTINUING ORAL ARGUMENT** |
| v. | |
| Michael Knowles, Warden | |
|        Respondent. | |

On the Court's own motion, the hearing on Petitioner's Ex Post Facto Clause claim currently set for January 22, 2007 is continued to **Thursday, January 25, 2007 at 9 a.m.**  The parties shall submit Chambers' copies of the motion papers along with any exhibits no later than January 8, 2007.

Dated:  December 27, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Glenn R. Pruden glenn.pruden@doj.ca.gov
John H. Deist John.Deist@doj.ca.gov
William M. Robinson bill@sdap.org

**Dated:  December 27, 2006**                     **Richard W. Wieking, Clerk**

                                                                          **By:   /s/ JW Chambers
                                                                                     Elizabeth Garcia
                                                                                     Courtroom Deputy**

**United States District Court**
For the Northern District of California