**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Alfred Villa, | NO. C 03-04766 JW |
|         Petitioner, | **THIRD ORDER CONTINUING ORAL ARGUMENT** |
|   v. | |
| Michael Knowles, Warden | |
|         Respondent. | |

On the Court's own motion, the hearing on Petitioner's Ex Post Facto Clause claim currently set for January 22, 2007 is continued to **March 16, 2007 at 9 a.m.**

Dated: January 11, 2007

                                              JAMES WARE
                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Glenn R. Pruden glenn.pruden@doj.ca.gov
John H. Deist John.Deist@doj.ca.gov
William M. Robinson bill@sdap.org

**Dated:  January 11, 2007**                              **Richard W. Wieking, Clerk**

                                                          **By:   /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**