IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Alfred Villa, | NO. C 03-04766 JW |
|       Petitioner,<br>v. | **ORDER REQUESTING FURTHER BRIEFING IN LIGHT OF NINTH CIRCUIT REMAND** |
| Michael Knowles, Warden, | |
|       Respondent. | |

On April 16, 2010, the Ninth Circuit Court of Appeal issued an order reversing and remanding for reconsideration of this Court's Order Denying Petitioner's Petition for Habeas Corpus. (Docket Item No. 43.) On May 13, 2010, the Ninth Circuit issued its Mandate. (Docket Item No. 44.)

In light of the mandate, on or before **June 21, 2010**, the parties shall file additional briefing addressing the remaining issues to be decided as instructed by the Ninth Circuit.

Dated: May 21, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Glenn R. Pruden glenn.pruden@doj.ca.gov
John H. Deist John.Deist@doj.ca.gov
William M. Robinson bill@sdap.org

**Dated: May 21, 2010**                                    **Richard W. Wieking, Clerk**

                                                           **By:   /s/ JW Chambers
                                                                    Elizabeth Garcia
                                                                    Courtroom Deputy**

**United States District Court**
For the Northern District of California